ORDER:
Motion granted.
John Bryant,
USMJ

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00045 |
| | ) | CHIEF JUDGE HAYNES |
| DALE ALAN DILL | ) | MAGISTRATE JUDGE GRIFFIN |

UNITED STATES' MOTION TO UNSEAL DOCKET NUMBER 46
FILED BY THE UNITED STATES

Comes now the United States, by and through the undersigned, and requests the court unseal docket entry number 46. Defendant Dill has been arrested on the warrant issued as a result of that filing and there is no longer any need for the document to remain under seal. The motion to seal the document was filed at docket entry 45.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

BY: /s/ Van S. Vincent
VAN S. VINCENT
Assistant United States Attorney
110 Ninth Avenue South
Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151