UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00045 |
| | ) | Chief Judge Haynes |
| DALE ALAN DILL | ) | |

## JOINT MOTION TO WAIVE PRESENTENCE INVESTIGATION REPORT AND TO CONDUCT SENTENCING HEARING AT TIME OF THE PLEA HEARING

The parties, through Assistant United States Attorney Van S. Vincent, attorney for the United States of America, and Sumter Camp, Assistant Federal Public Defender, attorney for defendant, Dale Alan Dill, pursuant to Rule 32(c)(1)(A)(ii), of the Federal Rules of Criminal Procedure, move this Honorable Court to waive the presentence investigation and to conduct the sentencing hearing in this case at the time of the plea hearing, which is set for Monday, July 21, 2014, at 1:30 p.m.

It is contemplated that Mr. Dill will enter a plea of guilty on July 21, 2014. A petition to enter a plea of guilty has been provided to the Court. The agreement between the parties is that Mr. Dill will plead guilty to count 2 of the indictment, a violation of 18 U.S.C. § 111 (a)(1) (a misdemeanor), and pursuant to Federal Rules of Criminal Procedure Procedure 11(c)(1)(c), the sentence imposed shall be time served, to be followed a term of probation for a period of one (1) year, and a $25 special assessment.