UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00045 |
| | ) Chief Judge Haynes |
| DALE ALAN DILL | ) |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant and hereby moves the Court to continue the sentencing hearing that is currently set for October 10, 2014. In support of this motion defendant would state and show that counsel has not yet had an opportunity to review the presentence report with Mr. Dill to be able to make any corrections, additions or objections as required.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of September, 2014, I electronically filed the foregoing Motion to Continue Sentencing Hearing with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable Van S. Vincent, Assistant United States Attorney 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203. A copy has been mailed to U.S. Probation Officer Leigh Ann Davidson, U.S. Probation Office, A-725 U.S. Courthouse, Nashville, Tennessee, 37203.

*s/ Sumter L. Camp*
SUMTER L. CAMP